IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GREAT WEST CASUALTY COMPANY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 12-00623-KD-N |
| | ) | |
| FIRSTFLEET, INC., *et al.*, | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the Order entered on this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that summary judgment is entered in favor of Plaintiff Great West Casualty Company ("GWCC") and against Defendants FirstFleet, Inc. ("FirstFleet"), RBX, Inc. d/b/a RBX Transportation, Inc., and Earl Fergerson as to Count I of the Complaint and that this action is **DISMISSED with prejudice**.

Accordingly, **DECLARATORY JUDGMENT** is entered in favor of GWCC as follows:

1. There is no coverage for FirstFleet under the Commercial Auto Part of the Great West Policy of Insurance, Policy No. GWP31400F, and

2. GWCC owes no duty to defend or indemnify FirstFleet with respect to the underlying action in the Circuit Court of Wilcox County, Alabama, <u>Fergerson v. Tennessee American Recycling, LLC, *et al.*</u>, Case No. CV-2011-26.

**DONE** and **ORDERED** this the **25th** day of **March 2014**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**